# United States Court of Appeals
## For the First Circuit

No. 20-1400

UNITED STATES OF AMERICA,

Appellant,

v.

JOSEPH BAPTISTE,

Defendant, Appellee.

---

No. 20-1401

UNITED STATES OF AMERICA,

Appellant,

v.

ROGER RICHARD BONCY,

Defendant, Appellee.

---

**ERRATA SHEET**

The opinion of this Court, issued on August 9, 2021, is amended as follows:

On page 10, the last line of footnote 3, add a closing quotation mark after the period

On page 20, line 14, change "in preceding" to "in the preceding"